No. 623.—ARROYO, peticionario, *v.* CORTE DE DISTRITO DE SAN JUAN, HON. C. LLAUGER, JUEZ.—▮▮▮▮ Julio 23, 1928.

POR CUANTO la existencia de una seria duda, más o menos bien fundada por parte del abogado del peticionario, no basta por sí solo para demostrar la falta de un remedio ordinario y adecuado en ley, inclinándonos a creer que existe una apelación en este caso;

Por cuanto el supuesto error principal que se alega, si lo hubo, fué más bien de derecho que de procedimiento, y

Por cuanto no existe ninguna cuestión de jurisdicción y los demás errores especificados por el peticionario, si existen, son aún más claramente errores de derecho, no de procedimiento;

Por tanto, la corte declara que no ha lugar a la expedición del auto solicitado.